**688** WILLIAMS vs. CIRCUIT JUDGE (Ottawa), 79 M., 549.

To compel respondent to set aside a judgment of non-suit, submitted to by plaintiff in ejectment, upon the trial of a suggestion of claim for damages, under How. Stat., Sec. 7830.

Denied February 20, 1890.

Held, that on vacation of a judgment in ejectment, in favor of the plaintiff, his suggestion of a claim for damages made and filed under How. Stat., Sec. 7830, dies with that judgment, and

689

that the judgment referred to in said section, which provides for the filing by plaintiff in ejectment of a suggestion of a claim for damages, is the final judgment in the cause, which does not relate back to any other judgment recovered by the plaintiff.